PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Chris Faccone

Cr.: 15-00125-001
PACTS #: 62615

Name of Judicial Officer:

THE HONORABLE KATHARINE S. HAYDEN
SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/30/2012

Original Offense: 18 U.S.C §371; Conspiracy to Commit Mail and Wire Fraud

Original Sentence: 33 months imprisonment, 24 months supervised release

Special Conditions: Financial Disclosure, Search/Seizure, Restitution $208,427, Drug and Mental Health Treatment

Type of Supervision: Supervised Release            Date Supervision Commenced: 02/10/2014

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number      Nature of Noncompliance

1                     Failed to Satisfy Restitution.

U.S. Probation Officer Action:

The probation office recommends the case expire as scheduled since the restitution order remains imposed as a final judgment. The offender has been instructed to continue payments to the Clerk's Office and the Clerk's office has been informed of expiration and instruction to continue payments

Respectfully submitted,

Elisa Martinez
*Elisa Martinez* 2015.12.01
11:01:15 -05'00'

By: Elisa Martinez
Senior U.S. Probation Officer

Date: 11/19/2015

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other- Case to expire as scheduled

_____
Signature of Judicial Officer

11/30/15
_____
Date